DECIDED APRIL 15, 1939.

---

27446.   McCUNE *v.* THE STATE.

GUERRY, J.   No error of law is complained of.   The evidence supported the verdict.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED APRIL 15, 1939.

*Leward Hightower, R. L. Addleton,* for plaintiff in error.
*W. H. Connor, solicitor-general,* contra.